**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                      : Chapter 13

**Thomas, Keith B.**
**Thomas, Shirvell M.**
    **Debtors**

                                                          :        16-10651 elf

**CERTIFICATE OF SERVICE OF**
**DEBTOR'S AMENDED CHAPTER 13 PLAN**

     I certify that on  <u>August 8, 2016</u> ,  the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition were served  a copy of the Debtors'  Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>August 8, 2016</u>

                                  <u>"/s/" Mitchell J. Prince</u>
                                  John L. McClain, Esquire
                                  Mitchell J. Prince, Esquire
                                  Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072