**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Thomas, Keith B. | : Chapter 13 |
| Thomas, Shirvell M. | |
| Debtors | : 16-10651 elf |

## CERTIFICATE OF SERVICE

I certify that copies of the **Debtor's Motion to Approve Mortgage Modification, proposed Order and Notice of hearing** were served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on <u>August 9, 2016.</u>

<u>"/s/" Mitchell J.Prince</u>
John L. McClain, Esquire
Mitchell J. Prince, Esquire
Attorneys for debtors

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Shellpoint Mortgage Servicing
c/o Joshua I. Goldman, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532