# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Keith B. Thomas<br>        Shirvell M. Thomas<br>                    Debtor | CHAPTER 13 |
| New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assigns<br>                    Moving Party<br>        vs. | NO. 16-10651 ELF |
| Keith B. Thomas<br>Shirvell M. Thomas<br>                    Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, which was filed with the Court on or about **2/22/16**.

Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Attorneys for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

August 15, 2016