**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13
    **Thomas, Keith B.**
    **Thomas, Shirvell M.**
        Debtors                        : 16-10651 elf

**ORDER DIRECTING EMPLOYER TO MAKE WAGE**
**DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**UPHS**
**3400 Spruce Street**
**Philadelphia, PA 19104**

Re:   **Thomas, Keith B.**
SSN:  xxx-xx-0407

    The future earnings of the above named debtor Thomas, Keith B., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$290.00 for 7 months (started on 3/1/16) then as of October 1, 2016, the payment shall increase to $400 monthly** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$290.00 for 7 months (started on 3/1/16) then as of October 1, 2016, the payment shall increase to $400 monthly to:**

    William C. Miller, Trustee
    P.O. Box 1799
    Memphis, TN  38101-1799

                BY THE COURT

                _____  8/25/16
UPHS                     JUDGE
3400 Spruce Street