United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Keith B. Thomas  
Shirvell M. Thomas  
    Debtors

Case No. 16-10651-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Aug 26, 2016  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.  
db/jdb        +Keith B. Thomas,    Shirvell M. Thomas,    4717 Osage Ave,    Philadelphia, PA 19143-1814  
              +UPHS,    3400 Spruce Street,    Philadelphia, PA 19104-4238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:  
         JOHN L. MCCLAIN    on behalf of Joint Debtor Shirvell M. Thomas aaamcclain@aol.com, edpabankcourt@aol.com  
         JOHN L. MCCLAIN    on behalf of Debtor Keith B. Thomas aaamcclain@aol.com,    edpabankcourt@aol.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    New Penn Financial, LLC Et Al... bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                          TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            : Chapter 13
    Thomas, Keith B.
    Thomas, Shirvell M.
        Debtors                    : 16-10651 elf

### ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
**UPHS**
**3400 Spruce Street**
**Philadelphia, PA 19104**

Re:  **Thomas, Keith B.**
SSN:  xxx-xx-0407

    The future earnings of the above named debtor Thomas, Keith B., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$290.00 for 7 months (started on 3/1/16) then as of October 1, 2016, the payment shall increase to $400 monthly** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$290.00 for 7 months (started on 3/1/16) then as of October 1, 2016, the payment shall increase to $400 monthly to:**

    William C. Miller, Trustee
    P.O. Box 1799
    Memphis, TN  38101-1799

                    BY THE COURT

                    _____ 8/25/16
UPHS              JUDGE
3400 Spruce Street