**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Thomas, Keith B.          : Chapter 13
    Thomas, Shirvell M.
        Debtors                 : 16-10651 elf

## ORDER

    **AND NOW**, this 6th day of September, 2016, it is hereby **ORDERED** that Thomas, Keith B. Thomas, Shirvell M. (the "Debtors") and New Penn Financial, LLC c/o Shellpoint Mortgage Servicing ("Mortgagee") may enter into the trial loan modification under the terms proposed by Mortgagee, twithout there being any violation of 11 U.S.C. § 362.

_____
Eric L. Frank
Chief Bankruptcy Judge