United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Keith B. Thomas
Shirvell M. Thomas
    Debtors

Case No. 16-10651-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: ChrissyW   Page 1 of 1   Date Rcvd: Sep 07, 2016
                  Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.
db/jdb         +Keith B. Thomas,    Shirvell M. Thomas,    4717 Osage Ave,    Philadelphia, PA 19143-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2016 at the address(es) listed below:
        JOHN L. MCCLAIN    on behalf of Joint Debtor Shirvell M. Thomas aaamcclain@aol.com,
         edpabankcourt@aol.com
        JOHN L. MCCLAIN    on behalf of Debtor Keith B. Thomas aaamcclain@aol.com,   edpabankcourt@aol.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    New Penn Financial, LLC Et Al...
         bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| **Thomas, Keith B.** | **: Chapter 13** |
| **Thomas, Shirvell M.** | |
| **Debtors** | **: 16-10651 elf** |

## ORDER

**AND NOW**, this 6th day of September, 2016, it is hereby **ORDERED** that Thomas, Keith B. Thomas, Shirvell M. (the "Debtors") and New Penn Financial, LLC c/o Shellpoint Mortgage Servicing ("Mortgagee") may enter into the trial loan modification under the terms proposed by Mortgagee, twithout there being any violation of 11 U.S.C. § 362.

_____
Eric L. Frank
Chief Bankruptcy Judge