IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA- PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Keith B. Thomas,<br>      Debtor.<br>Shirvell M. Thomas,<br>       Joint Debtor.<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing,<br>              Movant,<br>  v.<br><br>Keith B. Thomas,<br>      Debtor.<br>Shirvell M. Thomas,<br>       Joint Debtor.<br>William C. Miller, Esq.,<br>           Trustee/Respondent | Bankruptcy 16-10651-elf<br><br>Chapter 13<br><br><br><br>Related to: Doc. No. 51<br><br>Hearing Date: 01/28/2020 @ 9:30 AM |

**ORDER OF COURT**

AND NOW, this 19th day of November, 2020, upon consideration of the parties' foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved. (Doc. # 56).

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE