### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          : Chapter 13
    Thomas, Keith B.
    Thomas, Shirvell M.
        Debtor(s)                                          : 16-10651 elf

            :

### ORDER TERMINATING WAGE ORDER

**AND NOW,** this 2nd day of August 2021, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing UPHS to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE ERIC L. FRANK

UPHS
3400 Spruce Street
Philadelphia, PA 19104

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Thomas, Keith B.
Thomas, Shirvell M.
4717 Osage Ave
Philadelphia, PA 19143

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106