United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 16-10651-elf
Keith B. Thomas                                                                           Chapter 13
Shirvell M. Thomas
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
          regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

**Recip ID**          **Recipient Name and Address**
db/jdb              +  Keith B. Thomas, Shirvell M. Thomas, 4717 Osage Ave, Philadelphia, PA 19143-1814

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2021                              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:

**Name**                              **Email Address**
CHARLES GRIFFIN WOHLRAB
                                      on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

HAROLD N. KAPLAN
                                      on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com

JOHN L. MCCLAIN
                                      on behalf of Debtor Keith B. Thomas aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
                                      on behalf of Joint Debtor Shirvell M. Thomas aaamcclain@aol.com edpabankcourt@aol.com

JOSHUA I. GOLDMAN
                                      on behalf of Creditor New Penn Financial  LLC Et Al... Josh.Goldman@padgettlawgroup.com,
                                      angelica.reyes@padgettlawgroup.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 02, 2021 | Form ID: pdf900 | Total Noticed: 1

KEVIN M. BUTTERY
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cdigianantonio@rascrane.com

THOMAS I. PULEO
    on behalf of Creditor New Penn Financial  LLC Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Thomas, Keith B.
Thomas, Shirvell M.
    Debtor(s) : 16-10651 elf

:

## ORDER TERMINATING WAGE ORDER

**AND NOW,** this 2nd day of August 2021, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing UPHS to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE ERIC L. FRANK

UPHS
3400 Spruce Street
Philadelphia, PA 19104


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Thomas, Keith B.
Thomas, Shirvell M.
4717 Osage Ave
Philadelphia, PA 19143


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106