Certificate Number: 02921-PAE-DE-035942431

Bankruptcy Case Number: 16-10651



02921-PAE-DE-035942431

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2021, at 9:04 o'clock AM EDT, Keith Thomas completed a course on personal financial management given by internet and telephone by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 25, 2021                By:   /s/Joan B Reading

                                       Name: Joan B Reading

                                       Title: President