Certificate Number: 02921-PAE-DE-035942430

Bankruptcy Case Number: 16-10651



02921-PAE-DE-035942430

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 25, 2021</u>, at <u>9:04</u> o'clock <u>AM EDT</u>, <u>Shirvell Thomas</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  August 25, 2021  

By:  /s/Joan B Reading

Name:  Joan B Reading

Title:  President