United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10651-elf |
| Keith B. Thomas | Chapter 13 |
| Shirvell M. Thomas | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 07, 2022 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Keith B. Thomas, Shirvell M. Thomas, 4717 Osage Ave, Philadelphia, PA 19143-1814 |
| 13712578 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, Inc. on behalf of USA Funds, Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre PA 18773-9430 |
| 13668170 | + | Acs Inc, Attn: Bankruptcy, PO Box 56317, Philadelphia, PA 19130-6317 |
| 13668171 | + | American Cre, 5920 S Rainbow Blvd Ste, Las Vegas, NV 89118-4208 |
| 13668172 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 13668178 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 13668183 | + | Hfc - Usa, Po Box 3425, Buffalo, NY 14240-3425 |
| 13668184 | + | Hsbc Bank, ATTN: BANKRUPTCY, PO Box 5213, Carol Stream, IL 60197-5213 |
| 13668186 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13674979 | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC, 29603-0826 |
| 14443496 | + | Newrez LLC dba, Shellpoint Mortgage Servicing, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170,, DULUTH, GA 30097-8461 |
| 13668190 | + | Shellpoint Mortgage Se, 55 Beattie Place Ste 600, Greenville, SC 29601-2165 |
| 13668192 | + | U Of P Federal Cu, 3900 Chestnut St, Philadelphia, PA 19104-3120 |
| 13668194 | | Wf Crd Svc, Cscl Dispute Team, Des Moines, IA 50306 |
| 13668195 | + | Wf Fin Bank, Wells Fargo Financial, 4137 121st St, Urbandale, IA 50323-2310 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 07 2022 23:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 07 2022 23:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14125238 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 07 2022 23:28:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 13668174 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2022 23:39:41 | Citibank Usa, CITICORP CREDIT SERVICES/ATTN: CENTRALIZ, PO Box 20363, Kansas City, MO 64195 |
| 13668173 | + | Email/PDF: pa_dc_claims@navient.com | Feb 07 2022 23:39:41 | Chela/Sallie Mae, Attn: Claims Department, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 13668175 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2022 23:39:38 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, PO Box 790040, Saint Louis, MO 63179-0040 |
| 13668176 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 07 2022 23:39:38 | Credit One Bank Na, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13668177 | | Email/PDF: DellBKNotifications@resurgent.com | | |

Case 16-10651-elf   Doc 74   Filed 02/09/22   Entered 02/10/22 00:29:55   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2022 | Form ID: 138OBJ | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 07 2022 23:39:41 | Dell Financial Services, Attn: Bankruptcy Dept., PO Box 81577, Austin, TX 78708 |
| 13668179 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2022 23:39:35 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 13690045 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 07 2022 23:28:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13668180 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 07 2022 23:39:35 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13668181 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 07 2022 23:39:38 | Gecrb/lord & Tay, Po Box 981400, El Paso, TX 79998-1400 |
| 13668182 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 07 2022 23:39:38 | Gecrb/tjx Cos, Po Box 1400, El Paso, TX 79948-1400 |
| 13668183 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 07 2022 23:28:00 | Hfc - Usa, Po Box 3425, Buffalo, NY 14240-3425 |
| 13668184 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 07 2022 23:28:00 | Hsbc Bank, ATTN: BANKRUPTCY, PO Box 5213, Carol Stream, IL 60197-5213 |
| 13732889 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2022 23:39:35 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13674979 | | Email/Text: mtgbk@shellpointmtg.com | Feb 07 2022 23:28:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC, 29603-0826 |
| 13723286 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2022 23:39:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13668188 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2022 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Department, PO Box 280946, Harrisburg, PA 17128-0946 |
| 13672618 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2022 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13728376 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 07 2022 23:28:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13668189 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 07 2022 23:28:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 13668190 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 07 2022 23:28:00 | Shellpoint Mortgage Se, 55 Beattie Place Ste 600, Greenville, SC 29601-2165 |
| 13668196 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2022 23:28:00 | Wfnnb/lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 13668197 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2022 23:28:00 | Wfnnb/lanebr, Po Box 182789, Columbus, OH 43218-2789 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13668193 | | U Of P Federal Cu |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13729247 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 13668185 | * | IRS, Austin, TX 73301-0040 |
| 13668187 | *+ | Keith B. Thomas, 4717 Osage Ave, Philadelphia, PA 19143-1814 |
| 13668191 | *+ | Shirvell M. Thomas, 4717 Osage Ave, Philadelphia, PA 19143-1814 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 07, 2022 | Form ID: 138OBJ | Total Noticed: 36 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 09, 2022            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| HAROLD N. KAPLAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com |
| JOHN L. MCCLAIN | on behalf of Debtor Keith B. Thomas aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Shirvell M. Thomas aaamcclain@aol.com edpabankcourt@aol.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor New Penn Financial  LLC Et Al... Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com |
| KEVIN M. BUTTERY | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cdigianantonio@rascrane.com |
| THOMAS I. PULEO | on behalf of Creditor New Penn Financial  LLC Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Keith B. Thomas and Shirvell M. Thomas

    Debtor(s)

Case No: 16−10651−elf

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/7/22